AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br> _____ <br> *Plaintiff(s)* <br> v. <br> DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and AURELIA SKIPWITH, Director of the U.S. Fish and Wildlife Service <br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No. 20-cv-00573-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan Adair Shannon
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____02/27/2020_____               _____/s/ Anson Hopkins_____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 20-cv-00573-EGS |
| DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and AURELIA SKIPWITH, Director of the U.S. Fish and Wildlife Service | ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aurelia Skipwith, Director
U.S. Fish and Wildlife Service
1849 C Street NW, Room 3331
Washington, DC 20240-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan Adair Shannon
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____02/27/2020_____                   _____/s/ Anson Hopkins_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>_____<br>*Plaintiff(s)*<br>v.<br>DAVID BERNHARDT, Secretary of the U.S.<br>Department of the Interior; and AURELIA SKIPWITH,<br>Director of the U.S. Fish and Wildlife Service<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 20-cv-00573-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan Adair Shannon
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____02/27/2020_____          _____/s/ Anson Hopkins_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br><br> *Plaintiff(s)* <br><br> v. <br><br> DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and AURELIA SKIPWITH, Director of the U.S. Fish and Wildlife Service <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 20-cv-00573-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Timothy J. Shea, U.S. Attorney
c/o Civil Process Clerk
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20001-2733

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Ryan Adair Shannon
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:     02/27/2020                                             /s/ Anson Hopkins
                                                                *Signature of Clerk or Deputy Clerk*