UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CENTER FOR BIOLOGICAL DIVERSITY,

    *Plaintiff,*                              Case No: 20-00573 (EGS)

    vs.

DEBRA HAALAND, in her official capacity
as Secretary of the United States Department
of the Interior, et al.*,*

    *Defendants.*

---

## JOINT MOTION TO ENTER INTO MEDIATION AND TO STAY PROCEEDINGS

The parties hereby move to stay all proceedings for 90 days and request that the Court

refer this case and the two others listed below to the mediation program so the parties can

explore the possibility of settling one or more of these matters in whole or in part. *See* LCvR

84.2(a).[1]

> *Center for Biological Diversity v. U.S. Fish and Wildlife Service et al.*, Civ. No. 21-
> 00884
> *Center for Biological Diversity v. U.S. Fish and Wildlife Service et al.*, Civ No. 21-
> 01045

Plaintiff in all three cases is the Center for Biological Diversity ("the Center"). Federal

Defendants in this case are Debra Haaland, in her official capacity as Secretary of the U.S.

Department of the Interior; and Martha Williams, in her official capacity as Principal Deputy

Director of the U.S. Fish and Wildlife Service. Federal Defendants in the other two cases—Civil

Case Nos. 21-00884 and 21-01045—include the U.S. Fish and Wildlife Service; Martha

Williams, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife

---

[1] The parties are filing similar motions in the other two cases today.

Service; and Debra Haaland, in her official capacity as Secretary of the U.S. Department of the

Interior.

A.      Summary of Case

At issue in this case are 12-month listing determinations for 192 species, 16 U.S.C. §

1533(b)(3)(B); final regulations to implement listing determinations for six species, *id.* §

1533(b)(6)(A); and final regulations to implement critical habitat designations for four species,

*id.* § 1533(a)(3)(A)(i), (b)(6)(C). The Center filed its Complaint on February 27, 2020. ECF No.

1. Pending before the Court is the Service's objection, ECF No. 11, to the Center's designation

of this case as related under LCvR 40.4(a)(3) to *In re Endangered Species Act Deadline*

*Litigation ("In re Endangered Species Deadline")*, MDL No. 2165, No. 10-mc-377 and other

cases.[2] ECF Nos. 2, 15. Also pending before the Court is the Service's motion for partial

dismissal, ECF Nos. 12, 17, 18.

B.      Current Status

The parties have conferred via e-mail regarding these matters. At this time, the parties

agree that it would be in the interest of judicial economy to enter into the Court's mediation

program to explore the possibility of resolving some or all of Plaintiff's claims without the need

for further litigation. The parties agree that this case, along with the two others noted above,

would benefit from referral to a voluntary appointed mediator, as provided in Local Rule of Civil

Procedure 84, regarding the Mediation Program of the United States District Court for the

District of Columbia, for purposes of facilitating settlement discussions. The parties would like

the opportunity to provide the Court's mediation staff with suggestions as to what experience or

---

[2] By joining this motion, Federal Defendants do not waive their objection to Plaintiff's notice of related cases.

style may be most effective for the selected mediator.[3]

Each party has considered its client's respective goals in bringing or defending the litigation. In order to conserve both the parties' and judicial resources, the parties agree that mediation would be most appropriate at the outset of these actions. Accordingly, the parties propose a 90-day stay of all proceedings from the date of the Court's entry of a scheduling order to allow the parties to pursue mediation.

Dated: July 22, 2021                                      Respectfully submitted,


s/ Amy R. Atwood                                          JEAN E. WILLIAMS,
Amy R. Atwood, DC Bar No. 470258                         Acting Assistant Attorney General
Center for Biological Diversity                          SETH M. BARSKY,
P.O. Box 11374                                           Section Chief
Portland, OR 97211                                       MEREDIH L. FLAX,
Tel: (971) 717-6401                                      Assistant Section Chief
Fax: (503) 283-5474
Email: atwood@biologicaldiversity.org                    s/ Davis Backer
                                                         DAVIS BACKER
Attorney for Plaintiff                                   Trial Attorney
                                                         H. HUBERT YANG
                                                         Senior Trial Attorney
                                                         TAYLOR MAYHALL
                                                         Trial Attorney
                                                         United States Department of Justice
                                                         Environment & Natural Resources Division
                                                         Wildlife & Marine Resources Section
                                                         P.O. Box 7611
                                                         Washington, DC 20044
                                                         Tel: (202) 305-5469
                                                         Fax: (202) 305-0275
                                                         Email: davis.backer@usdoj.gov
                                                         Email: taylor.mayhall@usdoj.gov

                                                         Attorneys for Defendants

---

[3] *See* Frequently Asked Questions, District Court Mediation Program,
https://www.cadc.uscourts.gov/internet/home.nsf/Content/VL+-+Mediation+-
+USDC+Mediation+FAQs+-
+May+litigants+choose+a+particular+mediator+from+the+District+Courts+roster+to+mediate+t
heir+case.