UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CENTER FOR BIOLOGICAL DIVERSITY,

    *Plaintiff,*                     Case No: 20-00573 (EGS)

    vs.

U.S. FISH AND WILDLIFE SERVICE, ET AL.*,*

    *Defendants.*

---

    Upon consideration of the parties' joint motion to enter into mediation and to stay proceedings, the Court hereby

    GRANTS the parties' motion, and it is hereby further

    ORDERED that this matter shall be referred to the Court's Mediation Program for purposes of facilitating settlement discussions, and it is further hereby

    ORDERED that this matter shall be stayed for 90 days, and it is hereby further

    ORDERED that 90 days from the date of this Order, the parties shall file a joint status report with an update as to the progress of the parties' settlement discussions and proposal for further stay or proceedings.

    SO ORDERED.


DATED:_____                    _____
                                                Emmet G. Sullivan
                                                United States Senior Judge