IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cv-00573-EGS |
| DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE STAY**

Pursuant to the Court's minute order dated April 28, 2023, Plaintiff Center for Biological Diversity and Defendants Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior; and Martha Williams, in her official capacity as Director of the United States Fish and Wildlife Service ("FWS"), (collectively, "Defendants") jointly submit the following report informing the Court as to the status of the parties' mediation discussions. The parties also jointly move the Court to continue the current stay until August 31, 2023, to provide the parties with additional time to continue the mediation discussions. Accordingly, the parties submit as follows:

1. On February 27, 2020, Plaintiff filed its Complaint, alleging violations of the Endangered Species Act, *see* 16 U.S.C. §§ 1531-44, with respect to 241 species. *See* Docket ("Dkt.") 1.

2. On May 4, 2020, Defendants filed a Motion for Partial Dismissal, seeking the dismissal of Plaintiff's claims as to 198 species on various grounds. *See* Dkt. 12; *see also* Dkt. 12-1.

3. On August 16, 2021, the Court entered an order referring the case and two other cases (*Ctr. for Biological Diversity v. U.S. Fish & Wildlife Serv.*, No. 1:21-cv-00884-EGS (D.D.C.) ("*10 WBP Species*"); and *Ctr. for Biological Diversity v. U.S. Fish & Wildlife Serv.*, No. 1:21-cv-01045-EGS (D.D.C.) ("*19 Species*")) to the Court's mediation program and also staying further proceedings in the three cases pending a further order from the Court. *See* minute order dated August 16, 2021.

4. As a result of their mediation and post-mediation discussions, the parties entered into an agreement on February 22, 2022, to settle Plaintiff's claim regarding one species at issue in this case, *see* Dkt. 28 (resolving claim as to Dixie Valley toad), and subsequently entered into three additional agreements on April 26, 2022, to settle or dismiss Plaintiff's claims with respect to another 112 species at issue in the three cases. *See* Dkt. 37 (resolving claims as to 83 species in this case); Dkt. 38 (resolving all claims in *19 Species*); *10 WBP Species*, Dkt. 39 (resolving all claims in *10 WBP Species*). While the agreements resolved all of Plaintiff's claims in *19 Species* and *10 WBP Species*, Plaintiff's claims regarding 157 species in this case remained pending. *See* Dkt. 40.

5. On May 13, 2022, the Court entered an order deferring further proceedings until after the resolution of Defendants' Motion for Partial Dismissal and also directing the parties to submit a proposed schedule for further proceedings no later than 14 days after the resolution of Defendants' Motion for Partial Dismissal. *See* minute order dated May 13, 2022.

6. On March 8, 2023, the Court issued its ruling on Defendants' Motion for Partial Dismissal – granting it in part as to 6 species (which were already part of the parties' settlement agreement for 83 species) and denying it in part as to 192 species. *See* Dkt. 46; *see also* Dkt. 45.

7. In accordance with the Court's minute order dated May 13, 2022, the parties were

required to submit a proposed schedule for further proceedings by March 22, 2023. *See* minute order dated May 13, 2022. On March 21, 2023, the parties jointly moved to extend the deadline to submit a proposed schedule for further proceedings until March 31, 2023, *see* Dkt. 47, and the Court granted the requested extension on March 23, 2023. *See* minute order dated March 23, 2023.

8. On March 30, 2023, the parties jointly moved to extend the deadline to submit a proposed schedule for further proceedings until June 20, 2023, to allow the parties to discuss the possibility of resolving some or all of Plaintiff's remaining claims without further litigation, *see* Dkt. 48, and the Court granted the requested extension on March 31, 2023. *See* minute order dated March 31, 2023.

9. On April 28, 2023, the parties jointly moved to stay all proceedings for 90 days and requested that the Court refer the case to the Court's mediation program. *See* Dkt. 49. That same day, the Court entered a minute order referring the case to the Court's mediation program and staying all proceedings for 90 days (*i.e.*, until July 27, 2023). *See* minute order dated April 28, 2023.

10. Since then, the parties have continued to discuss the possibility of resolving some or all of Plaintiff's remaining claims without further litigation. As a result of those discussions, the parties recently reached an agreement to resolve Plaintiff's claims as to 55 additional species. *See* Dkt. 51. With the assistance of the court-appointed mediator, the parties continue to discuss the possibility of resolving some or all of Plaintiff's remaining claims, which pertain to 102 remaining species, without further litigation.

11. The parties jointly request a stay of further proceedings in this case until August 31, 2023, to provide the parties with additional time to continue the mediation discussions. The

parties agree that granting the requested stay will conserve the parties' resources and promote the interest of judicial economy. At the end of the stay, the parties will submit a joint status report and, if necessary, a proposed schedule for further proceedings.

NOW, THEREFORE, the parties respectfully request that this Court enter an order as follows:

1. Further proceedings in this case are stayed until August 31, 2023.

2. At the end of the stay, the parties shall submit a joint status report and, if necessary, a proposed schedule for further proceedings.

Dated: July 26, 2023                                    Respectfully submitted,

*/s/ Ryan Adair Shannon*                                TODD KIM
RYAN ADAIR SHANNON                                      Assistant Attorney General
CAMILA COSSIO                                           S. JAY GOVINDAN
Center for Biological Diversity                         Section Chief
P.O. Box 11374                                          MEREDITH L. FLAX
Portland, OR 97211-0374                                 Deputy Section Chief
Tel: (971) 717-6407 (Shannon)
Tel: (971) 717-6427 (Cossio)
Fax: (503) 283-5528                                     */s/ H. Hubert Yang*
E-mail: rshannon@biologicaldiversity.org                H. HUBERT YANG (DC Bar No. 491308)
E-mail: ccossio@biologicaldiversity.org                 Senior Trial Attorney
                                                        DAVIS A. BACKER (CO Bar No. 53502)
*Attorney for Plaintiff*                                Trial Attorney
                                                        United States Department of Justice
                                                        Environment & Natural Resources Division
                                                        Wildlife & Marine Resources Section
                                                        P.O. Box 7611
                                                        Washington, DC 20044-7611
                                                        Tel: (202) 305-0209 (Yang)
                                                        Tel: (202) 514-5243 (Backer)
                                                        Fax: (202) 305-0275
                                                        E-mail: hubert.yang@usdoj.gov
                                                        E-mail: davis.backer@usdoj.gov

                                                        *Attorneys for Defendants*