UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:20-cv-00573-EGS |
| v. | ) ) | **DECLARATION OF** |
| | ) | **CYNTHIA ELKINS** |
| U.S. FISH AND WILDLIFE SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

I, Cynthia Elkins, hereby declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts.

2.      I am a member and employee of the Center for Biological Diversity ("the Center"). As a member, I read updates about endangered species and related issues, and I respond to action alerts to decisionmakers about issues that concern me. I rely on the Center to keep me informed and engaged in my efforts on these matters. I also support the Center's mission to protect imperiled species. I continue to be a member because I trust and depend on the Center to represent my interests in protecting endangered species and their habitats.

3.      I am currently work with the Center as a Senior Paralegal.

4.      This declaration concerns the Tennessee forestfly (*Amphinemura mockfordi*).

5.      Though I primarily live in California, I was born in Limestone County, Alabama, and lived there and in neighboring Huntsville for most of my childhood. My family owns a home on the Elk River, a tributary to the Tennessee River, and I grew up swimming in and exploring the watershed and region—sparking my appreciation of freshwater ecosystems, wild places, and

1

aquatic life. I also loved exploring springs, creeks, and caves near our home, and, at an early age,

I developed an avid interest in the native species that inhabit them. My close ties to and love of

northern Alabama's natural environment led my partner and I to purchase property on the Elk

River in 2021. For the last two years, I have spent half my time there, mainly during the winter

months.

6.       I only learned about the Tennessee forestfly earlier this year, but I am familiar

with its habitat on Monte Sano Mountain and have visited countless times during my youth and

as recently as last year. Monte Sano was a centerpiece of my landscape when I lived in

Huntsville. I had many school and family outings there, and I often went as a teenager to explore

its vistas and trails.

7.       I last visited Monte Sano in the fall of 2022 for a hike in the state park. I plan to

visit again when I am in Alabama this winter. I am even more excited to go now that I know

about the Tennessee forestfly, and I hope to observe the species in the wild. Specifically, I plan

to hike to Cold Springs, where the Tennessee forestfly was observed on the peak of Monte Sano,

as I am curious to see the condition of its habitat today. I want to learn more about the species

and will look for it anytime I visit in the future. I plan to continue visiting the Cumberland

Plateau, Monte Sano, and Tennessee Valley into the indefinite future, as often as possible.

8.       I am aware that the Center and other interested parties submitted to the U.S. Fish

& Wildlife Service ("the Service") a petition to list the Tennessee forestfly as an endangered or

threatened species on April 20, 2010. In 2011, the Service determined that the petition presented

substantial scientific or commercial information indicating that the listing of the Tennessee

forestfly may be warranted. This finding triggered a requirement that the Service commence a

status review and make a 12-month finding within one year of receiving the listing petition, with

a decision due by April 20, 2011. This deadline has long since expired. I am and continue to be

harmed by the delay in protection for the Tennessee forestfly.

9.      I derive aesthetic, spiritual, recreational, and moral benefits from the continued

existence of the Tennessee forestfly.

10.     My northern Alabama roots trace back multiple generations on nearly every

maternal and paternal branch of my family tree—to the early- or mid-1800s—and my connection

to its land, watersheds, and native species also runs deep. The outstanding natural diversity of the

state and region are important to me on a fundamental level, and I have a deep appreciation for

exploring its wild places and discovering its bugs and critters.

11.     I feel a great sense of peace and solace when I visit places like the Tennessee

forestfly's habitat on Monte Sano. Seeing native species enriches my life—spiritually and

otherwise—and a reduction in the forestfly's numbers would impoverish my life and leave an

impoverished world behind.

12.     I believe all species, including the Tennessee forestfly, have intrinsic value and an

inherent right to survive. Moreover, it is extremely important to me that we pass a healthy

environment on to future generations, so they also have the chance to explore wild places and

discover unique species like the Tennessee forestfly. I would feel a great sense of loss if I were

unable to see the forestfly in the future due to human impacts, but my larger interest concerns the

right of the species to exist and ensuring that generations to come can experience the wonder of

seeing one in the wild themselves. A reduction in the forestfly's populations would go against

my moral values.

13.     I believe the health of the Tennessee forestfly reflects the water quality and health

of the Flint River, Tennessee River, and larger region. I care about the natural environment of the

Tennessee Valley and Cumberland Plateau and worry that if the Tennessee forestfly's

populations decline or are extirpated, it will have a cascading effect on all other species in the

ecosystem. This, in turn, would not only affect my moral interests and spiritual connection to the

land and its wildlife, but it would also negatively affect my friends, family, and community.

14.     I also get many physical and mental benefits from hiking in the Tennessee

forestfly's habitat and range, and the chance to see species like it are a big part of what motivates

me to hit the trail. I love learning about the unique plants and animals that make the Tennessee

Valley and region so special, which stimulates my mind and sparks my intellectual interests and

wellbeing. However, the Service's inaction on the Center's petition puts protections for the

forestfly and its habitat in legal limbo, also affecting the health benefits I receive.

15.     My aesthetic, spiritual, recreational, and moral interests in the Tennessee forestfly

are substantially injured by the Service's failure to provide timely protection for this species. A

court order requiring the Service to publish a 12-month finding would redress these injuries.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my personal knowledge.


Executed November 2, 2023, in Whitethorn, California.


Cynthia Elkins