TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
LESLEY LAWRENCE-HAMMER, Senior Trial Attorney (DC Bar No.982196)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace – Suite 370, Denver, CO 80202
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-00573-EGS |
| ) | |
| DAVID BERNHARDT, in his official capacity ) | |
| as Secretary of the United States Department of ) | |
| the Interior, et al., ) | |
| ) | |
| Defendants, ) | |

**<u>DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

1

Defendants, Deb Haaland, in her official capacity as Secretary of the United States Department of the Interior; and Martha Williams, in her official capacity as Director of the United States Fish and Wildlife Service ("FWS"), cross-move for summary judgment under Federal Rule of Civil Procedure 56.  In support of their motion, Defendants state as follows:

Plaintiff seeks declaratory and injunctive relief to address Defendants' failure to determine, within 12 months of the filing of various petitions, whether listing the following 89[1] species is warranted, not warranted, or warranted but precluded under the Endangered Species Act, 16 U.S.C. § 1533(b)(3)(B):

1. Apalachicola wild indigo
   (*Baptisia megacarpa*)

2. Arizona toad
   (*Anaxyrus microscaphus*)

3. Big Bar Hesperian
   (*Vespericola pressleyi*)

4. Bigcheek cave crayfish
   (*Procambarus delicates*)

5. Big red sage
   (*Salvia penstemonoides*)

6. Blanding's turtle
   (*Emydoidea blandingii*)

7. Blueridge springfly
   (*Remenus kirchneri*)

8. Bluestripe darter
   (*Percina cymatotaenia*)

9. Bog spicebush
   (*Lindera subcoriacea*)

10. Brush pea
    (*Genistidium dumosum*)

11. Bushy whitlow-wort
    (*Paronychia congesta*)

12. Cascade Caverns salamander
    (*Eurycea latitans*)

---

[1] Plaintiff's complaint originally challenged missed deadlines for 241 different species in three separate claims, but as of the date of this filing, following earlier efforts to litigate and settle this matter, and the Service's progress in publishing findings outside of litigation, only 80 species remain at issue, and all fall under Plaintiff's first claim. *See* ECF Nos. 1, 28, 37, 38, 45, 46, 51, 54. Plaintiff's memorandum in support of its motion for summary judgment states that there are 89 species that remain subject to suit. ECF No. 60 at 1-2 n.1. However, since Plaintiff filed its motion for summary judgment on November 3, 2023, the Service has completed the following additional remaining species: Florida pinesnake, Mimic cavesnail, northern cavefish, and Texas troglobitic water slater (88 Fed. Reg. 83,368) published November 29; and Western spadefoot toad (88 Fed. Reg. 84,252) published December 5. Findings for an additional four species were sent to the Federal Register on December 15, 2023: Hubricht's cave beetle, silken cave beetle, Pinaleño talussnail, and San Xavier talussnail. These species are indicated with an asterisk in the list below.

13. Cascade torrent salamander
(*Rhyacotriton cascadae*)

14. Chesapeake logperch
(*Percina bimaculata*)

15. Chisos coralroot
(*Hexalectris revolute*)

16. Ciliate-leaf tickseed
(*Coreopsis integrifolia*)

17. Coastal Lowland cave crayfish
(*Procambarus leitheuseri*)

18. Columbia torrent salamander
(*Rhyacotriton kezeri*)

19. Correll's false dragonhead
(*Physostegia correllii*)

20. Crested Riverlet crayfish
(*Hobbseus cristatus*)

21. Domed ancylid
(*Rhodacme elatior*)

22. Dukes' skipper subspecies
(*Euphyes dukesi calhouni*)

23. Edwards Aquifer diving beetle
(*Haideoporus texanus*)

24. Elongate-gland springsnail
(*Pyrgulopsis isolatus*)

25. Ferris's copper butterfly
(*Lycaena rubidus ferrisi*)

26. Flat-topped steptoe pyrg
(*Pyrgulopsis planulata*)

27. Florida Hartwrightia
(*Hartwrightia floridana*)

28. Florida pinesnake*
(*Pituophis melanoleucus mugitus*)

29. Florida pondweed
(*Potamogeton floridanus*)

30. Godfrey's stitchwort
(*Minuartia godfreyi*)

31. Golden-winged warbler
(*Vermivora chrysoptera*)

32. Harper's fimbristylis
(*Fimbristylis perpusilla*)

33. Hubricht's cave beetle*
(*Pseudanophthalmus hubrichti*)

34. Karst snowfly
(*Allocapnia cunninghami*)

35. Landyes pyrg
(*Pyrgulopsis landyei*)

36. Limestone salamander
(*Hydromantes brunus*)

37. Lobed roachfly
(*Tallaperla lobate*)

38. Logan's Agarodes caddisfly
(*Agarodes logani*)

39. Longnose darter
(*Percina nasuta*)

40. Meadow joint-vetch
(*Aeschynomene pratensis*)

41. Mimic cavesnail*
(*Phreatodrobia imitate*)

42. Neritiform Steptoe Ranch pyrg
(*Pyrgulopsis neritella*)

43. Northern cavefish*
(*Amblyopsis spelaea*)

44. Northern Steptoe pyrg
(*Pyrgulopsis serrata*)

45. Orangefin madtom
(*Noturus gilberti*)

46. Oregon vesper sparrow
(*Pooecetes gramineus ssp. affinis*)

47. Ozark shiner
(*Notropis ozarcanus*)

48. Palatka skipper
(Klots' skipper or Sawgrass)
(*Euphyes pilatka klotsi*)

49. Peppered shiner
(*Notropis perpallidus*)

50. Piebald madtom
(*Noturus gladiator*)

51. Pinaleno talussnail*
(*Sonorella grahamensis*)

52. Raven's seedbox
(*Ludwigia ravenii*)

53. Regal fritillary
(*Speyeria idalia*)

54. Santa Fe Cave crayfish
(*Procambarus erythrops*)

55. San Xavier talussnail*
(*Sonorella eremita*)

56. Sevier snowfly
(*Allocapnia brooksi*)

57. Shasta chaparral
(*Trilobopsis roperi*)

58. Shasta Hesperian
(*Vespericola shasta*)

59. Shasta sideband
(*Monadenia troglodytes troglodytes*)

60. Silken cave beetle*
(*Pseudanophthalmus sericus*)

61. Slenderwrist burrowing crayfish
(*Fallicambarus petilicarpus*)

62. Spider elimia (snail)
(*Elimia arachnoidea*)

63. Spot-tailed earless lizard
(*Holbrookia lacerate*)

64. Spotted turtle
(*Clemmys guttata*)

65. Southern snaketail
(*Ophiogomphus australis*)

66. Southern Steptoe pyrg
(*Pyrgulopsis sulcate*)

67. Sterile Basin pyrg
(*Pyrgulopsis sterilis*)

68. Streamside salamander
(*Ambystoma barbouri*)

69. Sub-globose Steptoe Ranch pyrg
(*Pyrgulopsis orbiculata*)

70. Sun-facing coneflower
(*Rudbeckia heliopsidis*)

71. Sykora's Hydroptila caddisfly
(*Hydroptila sykorai*)

72. Tallapoosa orb
(*Quadrula asperata archeri*)

73. Tennessee forestfly
(*Amphinemura mockfordi*)

74. Texas salamander
(*Eurycea robusta*)

75. Texas screwstem
(*Bartonia texana*)

76. Texas troglobitic water slater*
(*Lirceolus smithii*)

77. Tharp's bluestar
(*Amsonia tharpii*)

78. Thin-wall quillwort
(*Isoetes microvela*)

79. Three-toothed long-horned caddisfly
(*Triaenodes tridontus*)

80. Tombigbee Riverlet crayfish
(*Hobbseus petilus*)

81.    Virginia stone
       (*Acroneuria kosztarabi*)

82.    Western bumblebee
       (*Bombus occidentalis*)

83.    Western chicken turtle
       (*Deirochelys reticularia miaria*)

84.    Western spadefoot toad*
       (*Spea hammondii*)

85.    White Sands pupfish
       (*Cyprinodon tularosa*)

86.    Wintu sideband
       (*Monadenia troglodytes ssp. Wintu*)

87.    Wood turtle
       (*Glyptemys insculpta*)

88.    Yalobusha Riverlet crayfish
       (*Hobbseus yalobushensis*)

89.    Yellow-sided clubtail
       (*Stylurus potulentus*)

Defendants respectfully cross-move for summary judgment under Federal Rule of Civil Procedure 56 for the reasons set forth in Defendants' supporting memorandum of law. As stated therein: (i) there is no genuine dispute as to any material fact; (ii) Plaintiff has failed to demonstrate standing with respect to at least 18 of the above-listed species; (iii) Plaintiff's requested remedy should be denied; and (iv) the Court should order the Service to submit its 12-month findings for the species for which it finds Plaintiff has demonstrated standing in line with the dates set forth in the Service's April 2023 National Listing Workplan.

Respectfully submitted,

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER (CO Bar No. 53502),
Trial Attorney
LESLEY LAWRENCE-HAMMER,
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1898 (Backer)
Tel: (303) 844-1368 (Lawrence-Hammer)

Fax: (303) 844-1350
Email: davis.backer@usdoj.gov
Email: lesley.lawrence-hammer@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Davis Backer*
DAVIS A. BACKER,
Trial Attorney (CO Bar No. 53502)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1898
Fax: (303) 844-1350
Email: davis.backer@usdoj.gov

*Attorney for Defendants*